IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY HOLLOWAY                                                                                    PLAINTIFF

V                                                                    CIVIL ACTION NO: 4:08CV36-TSL-LRA

PIONEER INC. AUTOMOTIVE PRODUCTS                                              DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore</u> <u>tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendant have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs (including attorney's fees).

SO ORDERED AND ADJUDGED, this the 7th day of January, 2010.

/s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED**:

/s/Jonathan B. Fairbank
Jonathan B. Fairbank (MSB #5119)
Attorney for Plaintiff


/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants

H:\holloway Judgment.wpd